# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOHN and DEBORAH ROZELLE,
individuals,

        Plaintiffs,

v.

        Case No.: 8:13-cv-3145-JDW-TBM

WELLS FARGO BANK, N.A.,
a national association,

        Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiffs, John and Deborah Rozelle (hereinafter, collectively "Plaintiffs"), by and through their undersigned counsel, pursuant to Middle District of Florida, Local Rule 3.08, hereby submit this *Notice of Pending Settlement* and state:

1. Plaintiffs and Defendant, Wells Fargo Bank, NA (hereinafter, "Defendant"), have reached a verbal settlement with regard to all claims in this case, and the parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability.

2. Upon execution of a mutually agreeable settlement agreement and release, undersigned counsel will execute and file a *Notice of Settlement and Stipulation for Dismissal with Prejudice*.

3. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that he has consulted with Defendant's counsel, and Defendant has no objection to the relief sought.

Submitted this 28th day of April 2014.

        Respectfully submitted,

        **LEAVENLAW**

        /s/ *Aaron M. Swift*
        **Ian R. Leavengood, Esq., FBN 0010167**
        **Aaron M. Swift, Esq., FBN 93088**
        **G. Tyler Bannon, Esq., FBN 105718**
        Northeast Professional Center
        3900 First Street North, Suite 100
        St. Petersburg, FL 33703
        Phone: (727) 327-3328
        Fax: (727) 327-3305
        consumerservice@leavenlaw.com
        aswift@leavenlaw.com
        tbannon@leavenlaw.com
        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing *Notice of Pending Settlement* has been furnished electronically this 28th day of April 2014 to:

Ms. Kimberly J. Gustafson, Esq.
Carlton Fields Jorden Burt, P.A.
360 Central Avenue, Suite 1500
St. Petersburg, FL 33701
kgustafson@cfjblaw.com
*Attorneys for Defendant*

        /s/ *Aaron M. Swift*
        Attorney