UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN ROZELLE et al.,

    Plaintiffs,

vs.                                      Case No. 8:13-cv-03145-T-27TBM

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the parties' Notice of Pending Settlement (Dkt. 22). The Verified Complaint was previously stricken as a shotgun pleading (Dkt. 17). Nevertheless, pursuant to Local Rule 3.08(b), M.D. Fla., the order striking the Verified Complaint (Dkt. 17) is **VACATED** pursuant to Federal Rule of Civil Procedure 60(a), and this case is **DISMISSED** *without prejudice* and subject to the right of the parties, within **sixty (60) days** of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice. The Clerk is directed to **CLOSE** the file.

    **DONE AND ORDERED** this 29th day of April, 2014.

                                            JAMES D. WHITTEMORE
                                            United States District Judge

Copies to: Counsel of record